```
                                              FILED            RECEIVED
                                              _____ED      ____ SERVED ON
                                                     COUNSEL/    S OF RECORD


                                                    MAR 1


                                              CLERK US DISTRICT COURT
                                                DISTRICT OF NEVADA
                                              BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 2:13-CR-141-JAD-(VCF) |
| ) | |
| WILLIAM "WILL" MORROW, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court finds that on March 17, 2015, defendant WILLIAM "WILL" MORROW pled guilty to Counts One and Two of a Four-Count Criminal Indictment charging him in Count One with Conspiracy to Interfere with Commerce by Robbery in violation of Title 18, United States Code, Section 1951(a) and in Count Two with Use of A Firearm During and in Relation to a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant WILLIAM "WILL" MORROW agreed to the forfeiture of the in personam criminal forfeiture money judgment of $36,320 set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds that WILLIAM "WILL" MORROW shall pay a criminal forfeiture money judgment of $36,320 in United States Currency to the United States of America, pursuant to Fed. R.

///

Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from WILLIAM "WILL" MORROW a criminal forfeiture money judgment in the amount of $36,320 in United States Currency.

DATED this 17th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE