# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM WILL MORROW,<br><br>Defendant. | 2:13-cr-00141-JAD-VCF-3<br><br>**ORDER** |

On July 24, 2020, Assistant Federal Public Defender Lauren B. Torre, appointed counsel submitted a Motion to Withdraw and Appoint New Counsel. (ECF No. 282).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Withdraw and Appoint New Counsel (ECF No. 282) is GRANTED.

The CJA Administrator is directed to assign new defense counsel to represent Defendant William Will Morrow.

The Federal Public Defender is directed to transfer Defendant William Will Morrow's file to new counsel forthwith after order appointing new counsel is entered.

The clerk's office is directed to send a copy of this order to the CJA administrator.

DATED this 24th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE