# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

William Will Morrow,

Defendant.

AMENDED JUDGMENT

Case Number: .2:13-cr-00141-JAD-VCF-3

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered on Count 1: Time served; Three years Supervised Release.

8/14/2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk